O'Quendo et ux., Appellants, *v.* Food Fair Stores, Inc.

Before ANDERSON, J.

Argued September 11, 1975. *William Goldstein,* with him *Goldstein & Goldstein,* for appellants; *E. Paul Maschmeyer,* with him *Marshall, Dennehey & Warner,* for appellee.

Order affirmed.

Provident National Bank *v.* Southeast National Bank, Appellant.

Argued September 8, 1975. *Matthew J. Broderick,* with him *Dechert, Price & Rhoads,* for appellant; *Alan S. Fellheimer,* with him *James D. Coleman, Stanley Krakower,* and *Ballard, Spahr, Andrews & Ingersoll,* for appellee.

Judgment affirmed.

Reynolds *v.* Liberty Mutual Insurance Company, Appellant.

Liberty Mutual Insurance Company Appeal.

Argued September 8, 1975. *Stephen J. Schofield,* with him *Joseph R. Thompson,* for appellant; *Sidney I. Leabman,* with him *Berkowitz & Leabman,* for appellee.

Order and judgment in both appeals affirmed.